RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Jeanie Ray Fuller

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEANIE RAY FULLER,<br><br>    Defendant. | Case No. 2:21-cr-00261-JAD-NJK<br><br>**STIPULATION TO CONDUCT ARRAIGNMENT AND PLEA HEARING BY VIDEO TELECONFERENCE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Jeanie Ray Fuller, that the arraignment and plea hearing currently scheduled for November 17, 2021 at 2:30 p.m. be conducted via video teleconference.

The Stipulation is entered into for the following reasons:

1. The defendant currently resides outside of this jurisdiction and is battling serious health issues. The defendant suffers from Stage IV Chronic Obstructive Pulmonary Disease (COPD) and requires the use of an oxygen tank 24 hours a day. Because of these health issues, the defendant is unable to travel to Las Vegas for the arraignment and plea hearing.

2. Due to her medical condition, defense counsel explained to the defendant that video teleconferencing may be used to arraign her if she consents.  *See* Fed. R. Crim. P. 10(c). The defendant told defense counsel that she consents to a video teleconference for her arraignment and plea hearing.

3. The parties agree to a video teleconference for the defendant's arraignment and plea hearing.

This is the first stipulation filed herein.

DATED this 15th day of November 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By  */s/ Nisha Brooks-Whittington*<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | By  */s/ Kimberly Frayn*<br>KIMBERLY FRAYN<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>JEANIE RAY FULLER,<br><br>    Defendant. | Case No. 2:21-cr-00261-JAD-NJK<br><br>**ORDER** |

  IT IS THEREFORE ORDERED that the arraignment and plea hearing currently scheduled for Wednesday, November 17, 2021 at 2:30 p.m. be conducted by video teleconference.

  DATED this 16th of November, 2021.

                _____
                UNITED STATES MAGISTRATE JUDGE